IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 09-00319-01-CR-W-FJG |
| v. ) | |
| ) | |
| LAMBERTO MEDEL-TAPIA, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**:
On October 20, 2009, the Grand Jury returned a one count indictment against defendants Lamberto Medel-Tapia and Clemente Raya[1]. The indictment charges that between on or about March 1, 2009, and on or about October 14, 2009, defendants Medel-Tapia and Raya conspired to distribute one kilogram or more of heroin.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government:  Catherine Connelly and Patrick Daley
    Case Agent:  DEA SA Kyle Beach
    Defense:  John Lozano

**OUTSTANDING MOTIONS**:  None

**TRIAL WITNESSES**:
    Government:  10 with stipulations
    Defendant:  0 witnesses (may call Government witnesses); defendant may testify

**TRIAL EXHIBITS**:
    Government:  4 exhibits
    Defendant:  0 exhibits for defendant

**All exhibits are to be marked individually and numerically with no letters or subparts.**

---

[1] Defendant Raya entered a guilty plea on March 23, 2010.

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
        (**X**) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 2 days**
    Government's case including jury selection: 1 ½ days
    Defense case: 2 -2 ½ hours

**STIPULATIONS**: Exhibit #4: Lab Report; Stipulation as to the transfer and delivery of document but not the contents.

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

    **Witness and Exhibit List**
    Government: Have been filed
    Defense: To be filed by May 11, 2010
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions: Noon, Wednesday,** June 2, 2010
    **Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine:** Motions to be filed by May 21, 2010; Oppositions by May 28, 2010.

**TRIAL SETTING**: Criminal jury trial docket commencing June 7, 2010.
    **Please note:** Government counsel requested second week of the docket. Defense counsel has no objection.

**IT IS SO ORDERED.**

                                        */s/ Sarah W. Hays*
                                        SARAH W. HAYS
                            UNITED STATES MAGISTRATE JUDGE